

ORDERED in the Southern District of Florida on September 17, 2020.

Robert A. Mark, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No.   18-20828-RAM |
| Bertoni Gelato Brickell LLC | |
| Debtor | Chapter 11 |

Address:
15433 NE 21 Avenue
Miami, FL 33162

**ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT,
SETTING HEARING ON FINAL APPROVAL OF DISCLOSURE STATEMENT AND
CONFIRMATION OF CHAPTER 11 PLAN, SETTING VARIOUS DEADLINES AND
<u>DESCRIBING PLAN PROPONENT'S OBLIGATIONS</u>**

HEARING ON FINAL APPROVAL OF DISCLOSURE STATEMENT, CONFIRMATION
HEARING AND HEARING ON FEE APPLICATIONS

<u>November 5, 2020</u> at <u>1:30 p.m.</u>

LOCATION:
**Court Solutions**
A reservation to participate in the hearing is required no later than 3:00 p.m., one business day prior to the date of the hearing @ www.court-solutions.com/SignUp
Or call **(917)746-7476**

LF-64A (rev.   12/01/09)

PROPONENT'S DEADLINE FOR SERVING THIS ORDER,
DISCLOSURE STATEMENT, PLAN, AND BALLOT:

<u>October 6, 2020</u> (30 days before Confirmation Hearing)

DEADLINE FOR OBJECTIONS TO CLAIMS:

<u>October 22, 2020</u> (14 days before Confirmation Hearing)

DEADLINE FOR FEE APPLICATIONS:

<u>October 22, 2020</u> (14 days before Confirmation Hearing)

DEADLINE FOR FILING BALLOTS ACCEPTING OR REJECTING PLAN:

<u>October 29, 2020</u> (seven days before Confirmation Hearing)

DEADLINE FOR OBJECTIONS TO CONFIRMATION:

<u>November 2, 2020</u> (three business days before Confirmation Hearing)

DEADLINE FOR OBJECTIONS TO FINAL APPROVAL OF THE DISCLOSURE STATEMENT:

<u>November 2, 2020</u> (three business days before Confirmation Hearing)

PROPONENT'S DEADLINE FOR FILING
PROPONENT'S REPORT AND CONFIRMATION AFFIDAVIT:

<u>November 2, 2020</u> (three business days before Confirmation Hearing)

DEADLINE FOR INDIVIDUAL DEBTOR TO FILE "CERTIFICATE FOR CONFIRMATION REGARDING PAYMENT OF DOMESTIC SUPPORT OBLIGATIONS AND FILING OF REQUIRED TAX RETURNS":

<u>November 2, 2020</u> (three business days before Confirmation Hearing)

A combined plan and disclosure statement under chapter 11 of the Bankruptcy Code having been filed under Local Rule 3017-2(A) by <u>Debtor, Bertoni Gelato Brickell, LLC</u>, on <u>September 17, 2020</u> with respect to a plan under chapter 11 of the Bankruptcy Code filed by <u>Debtor, Bertoni Gelato Brickell, LLC</u>, on <u>September 17, 2020</u>.

LF-64A (rev.  12/01/09)

**IT IS ORDERED**, and notice is hereby given, that:

**A.** The disclosure statement filed by <u>Debtor, Bertoni Gelato Brickell, LLC.,</u> is conditionally approved.

**B. DEADLINE FOR FILING BALLOTS ACCEPTING OR REJECTING PLAN**

Pursuant to Local Rule 3018-1, <u>October 29, 2020</u> is fixed as the last day for filing written acceptances or rejections of the plan referred to above (seven days before hearing on confirmation of the plan ("confirmation hearing")).

**C. PLAN PROPONENT'S OBLIGATIONS**

(1)   On or before the date indicated above as "PROPONENT'S DEADLINE FOR SERVING THIS ORDER, DISCLOSURE STATEMENT, PLAN, AND BALLOT" the plan proponent shall serve a copy of this order, the conditionally approved disclosure statement and the plan on all creditors, all equity security holders, the U.S. Trustee, and all other parties in interest, as required by the Bankruptcy Rules (including those entities as described in Bankruptcy Rule 3017(f)) and the Local Rules, including those listed on a "Master Service List" required to be filed pursuant to Local Rules 2002-1(H).  At the time of serving this order, the Local Form "Ballot and Deadline for Filing Ballot Accepting or Rejecting Plan," customized as required by Local Rule 3018-1, shall be served via U.S. Mail on all creditors and equity security holders entitled to vote on the plan.

(2)   On or before 5:00 p.m. on the date indicated above as "PROPONENT'S DEADLINE FOR FILING PROPONENT'S REPORT AND CONFIRMATION AFFIDAVIT," the plan proponent shall file with the court the Local Form "Certificate of Proponent of Plan on Acceptance of Plan, Report on Amount to be Deposited, Certificate of Amount Deposited and Payment of Fees," and the Local Form "Confirmation Affidavit."  The "Confirmation Affidavit" shall set forth the facts upon which the plan proponent relies to establish that each of the requirements of 11 U.S.C. §1129 are satisfied.  The "Confirmation Affidavit" should be prepared so that by reading it the court can easily understand the significant terms of the plan and other material facts relating to confirmation of the plan.  The individual executing the "Confirmation Affidavit" shall be present at the confirmation hearing.

If the plan proponent does not timely comply with any of the requirements of this order, the court may impose sanctions at the confirmation hearing, without further notice, including dismissal, conversion of the case to chapter 7, or the striking of the plan.  The court will also consider dismissal or conversion at the confirmation hearing at the request of any party or on the court's own motion.

**D. HEARING TO CONSIDER CONFIRMATION OF PLAN**

The hearing on final approval of the disclosure statement and confirmation of the plan (45 days after the plan is filed unless extended by the court prior to the expiration of this deadline) has been set for the date and time indicated above as "CONFIRMATION HEARING."   The confirmation

LF-64A (rev.  12/01/09)

hearing may be continued to a future date by notice given in open court at the confirmation hearing.

  **E.** Pursuant to Local Rules 3017-2(B) and 3020-1(A), <u>November 2, 2020</u> is fixed as the last day for filing and serving written objections to the disclosure statement and confirmation of the plan (three business days before the confirmation hearing). Objections shall be served as required by Bankruptcy Rule 3017.1.

  **F.** **DEADLINE FOR OBJECTIONS TO CLAIMS**

  The last day for filing and serving objections to claims is indicated above as "DEADLINE FOR OBJECTIONS TO CLAIMS."  All objections to claims must be filed before this date unless the deadline is extended by further order.

  **G.** **DEADLINE FOR FILING AND HEARING ON FEE APPLICATIONS**

  The last day for filing and serving fee applications is indicated above as "DEADLINE FOR FEE APPLICATIONS." All prospective applicants for compensation, including attorneys, accountants and other professionals, shall file applications which include actual time and costs, plus an estimate of additional time and costs to be incurred through confirmation. At or prior to confirmation, applicants must file a supplement with documentation supporting the estimated time and costs.  Fee applications shall be timely filed with the court and served (with all exhibits including documentation of estimated time) on (i) the debtor; (ii) the plan proponent (if other than the debtor); (iii) all committees; (iv) any chapter 11 trustee or examiner; and (v) the U.S. Trustee.

  Fee applications will be set for hearing together with the confirmation hearing.

  **H.** **DEADLINE FOR INDIVIDUAL DEBTOR TO FILE "CERTIFICATE FOR CONFIRMATION REGARDING PAYMENT OF DOMESTIC SUPPORT OBLIGATIONS AND FILING OF REQUIRED TAX RETURNS":**

[If debtor is an individual] the debtor shall file, on or before the date indicated above, the Local Form "Certificate for Confirmation Regarding Payment of Domestic Support Obligations and Filing of Required Tax Returns."

              **###**

Attorney, Scott Alan Orth is directed to serve a conformed copy of this order on all interested parties immediately upon receipt thereof and file a certificate of service.  Local Rule 2002-1(F).

LF-64A (rev.  12/01/09)