```
                           United States Bankruptcy Court
                            Southern District of Florida
In re:                                                             Case No. 18-20828-RAM
Bertoni Gelato Brickell LLC                                        Chapter 11
       Debtor             CERTIFICATE OF NOTICE
District/off: 113C-1          User: rodriguez              Page 1 of 2          Date Rcvd: Sep 18, 2020
                              Form ID: pdf004              Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2020.
db             #+Bertoni Gelato Brickell LLC,    15433 NE 21 Avenue,    Miami, FL 33162-6007
md              +Ana C Augusto,    7951 SW 40 St #202,    Miami, FL 33155-6752
cr              +Quimera, LLC,    c/o James Miller,    19 W Flagler St #416,    Miami, FL 33130-4419
94693232        +Alsco,    1415 NW 21 Terrace,    Miami, FL 33142-7735
94693234        +Artenio Luzon,    2212 Grant Street,    Hollywood, FL 33020-3433
94741057        +Bertoni Gelato Key Biscayne, LLC,    15433 NE 21 Avenue,    North Miami, Florida 33162-6007
94741058        +Bertoni Holdings, LLC.,    15433 NE 21 Avenue,    North Miami, Florida 33162-6007
94693235        +City of Miami,    444 SW 2 Avenue, 10th Floor,    Miami, FL 33130-1910
94693236        +Clover First Data,    1600 Terrell Mill Road SE, Suite 400,    Marietta, GA 30067-8307
94693237        +Department of Business Regulation,    2601 Blair Stone Road,    Tallahassee, FL 32399-2200
94693238        +Elite Premium Finance, Inc.,    395 Alhambra Circle, No 2,    Miami, FL 33134-5082
94693239        +Excellent Fruit & Produce,    3600 NW 41 Street,    Miami, FL 33142-4214
94693240        +Fivestars Loyalty, Inc.,    340 Bryant Street, Suite 300,    San Francisco, CA 94107-4147
94693244        +Hotwire Communications,    2100 West Cypress Creek Road,    Fort Lauderdale, FL 33309-1823
94693245       #+Identity Media, Inc.,    814 Ponce de Leon, #407,    Miami, FL 33134-3034
94708756        +Ignite Payments,    5565 Glenridge Connector NE,    Atlanta, GA 30342-4756
94708757        +Illy Caffe North America, Inc.,    800 Westchester Avenue, Suite S440 Rye,
                  Port Chester, NY 10573-1329
94693247        +J.C. Ehrlich Pest Control Inc.,    8600 NW S. River Drive, #212,    Miami, FL 33166-7499
94693248        +La Gauchita Bakery,    180 Crandon Blvd, #111,    Key Biscayne, FL 33149-1555
95051241        +La Parisienne Bakery, LLC,    1909 NE 154 ST,    North Miami Beach, FL 33162-6088
94693249        +La Parisienne Bakery, LLC,    1909 NE 154 Street,    Miami, FL 33162-6088
94693250        +Lytrium,    3553 NW 10 Avenue,    Fort Lauderdale, FL 33309-5901
94742784        +Lytrium International Inc.,    3553 NW 10th Ave,    Oakland Park FL 33309-5901
94693251        +My Locksmith Inc,    1060 Brickell Drive, M1,    Miami, FL 33131-3915
94693252        +Nutriactive Foods LLC,    422 NE 194 Terrace,    Miami, FL 33179-3996
94693253         Pampa Group LLC,    7641 NW 37 Avenue,    Miami, FL 33147
94864750        +Quimera, LLC,    % Zachary N. James, Esq.,    Meland Russin & Budwick, P.A.,
                  200 S. Biscayne Blvd, Ste 3200,    Miami, FL 33131-5323
94693254        +Quimera, LLC.,    c/o Michael I. Feldman, Esq.,    800 Brickell Avenue, Suite 1501,
                  Miami, FL 33131-3040
94693255        +Security Fire Prevention Inc.,    7298 West Flagler Street,    Miami, FL 33144-2504
94725275        +Southern Glazer's Wine and Spirits, LLC,    c/o Helene Nicholson,    14911 Quorum Dr #150,
                  Dallas, TX 75254-7003
94693256        +Southern Glazer's of Florida,    1600 NW 163 Street,    Miami, FL 33169-5641
94693258       ++TOP CARGO INC,   12210 NW 109TH CT,    MEDLEY FL 33178-4717
                (address filed with court:   Top Cargo Inc.,     12210 NW 108 Avenue,    Miami, FL 33178)
94693259        +Uber Eats,    1455 Market Street,    San Francisco, CA 94103-1331
94741056       #+UniFi Equipment, Inc.,    3893 Research Park Drive,    Ann Arbor, MI 48108-2217
94708758        +Versace Stefano Holdings, LLC.,    18501 Pines Blvd, Suite 365,    Pembroke Pines, FL 33029-1416
94693262       #+WNF Law,    1111 Brickell Avenue, Suite 2200,    Miami, FL 33131-3126
94693261        +Waste Management Inc of Florida,    1001 Fannin Street,    Houston, TX 77002-6717
94693263        +Zumex of America Inc.,    4342 SW 74 Avenue,    Miami, FL 33155-4406

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
94693241         E-mail/Text: OGCBankruptcy@floridarevenue.com Sep 19 2020 03:50:58      Florida Dept of Revenue,
                  5050 W. Tennessee Street,    Tallahassee, FL 32399-0100
94693242         E-mail/Text: Bankruptcy@fpl.com Sep 19 2020 03:52:04      Florida Power & Light,
                  General Mail Facility,    Miami, FL 33188-0001
94693246         E-mail/Text: sbse.cio.bnc.mail@irs.gov Sep 19 2020 03:52:18      Internal Revenue Service,
                  Central Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
94876214         E-mail/Text: OGCBankruptcy@floridarevenue.com Sep 19 2020 03:50:59
                  State of Florida - Department of Revenue,    Post Office Box 6668,    Tallahassee, FL 32314-6668
94693258         E-mail/Text: damian@topcargo.com Sep 19 2020 03:50:49      Top Cargo Inc.,    12210 NW 108 Avenue,
                  Miami, FL 33178
94693260         E-mail/Text: JDailey@TeamUniFi.com Sep 19 2020 03:51:31      UNIFI Equipment Finance Inc.,
                  3893 Research Park Drive,    Ann Arbor, MI 48108
94796807        +E-mail/Text: rmcbknotices@wm.com Sep 19 2020 03:53:55      Waste Management Inc. of Florida,
                  2625 W Grandview Rd Ste 150,    Phoenix, AZ 85023-3109
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
94741055*       +Versace Stefano Holdings,    18501 Pines Blvd, Suite 365,    Pembroke Pines, Fl 33029-1416
94693233       ##+American Risks Group,    1001 Brickell Bay Drive, No 2508,    Miami, FL 33131-4923
94708755       ##+Azura Leasing,    401 Hall Street SW, Suite 334,    Grand Rapids, MI 49503-5098
94693243       ##+G Bitencourt Consulting Corp.,    3301 NE 1st Avenue, L201,    Miami, FL 33137-4109
94693257       ##+TF Manufacturing,    15433 NE 21 Avenue,    Miami, FL 33162-6007
94741059       ##+TF Manufacturing, LLC.,    15433 NE 21 Avenue,    North Miami, Florida 33162-6007
                                                                                   TOTALS: 0, * 1, ## 5

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 113C-1                   User: rodriguez              Page 2 of 2                   Date Rcvd: Sep 18, 2020
                                       Form ID: pdf004              Total Noticed: 44
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2020 at the address(es) listed below:
              Ana C Augusto    on behalf of Mediator Ana C Augusto info@augustolaw.com
              Gabriel Santiago Saade    on behalf of Creditor    Quimera, LLC gss@saadelaw.com
              Gabriel Santiago Saade    on behalf of Defendant    Quimera, LLC gss@saadelaw.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Scott Alan Orth, Esq.    on behalf of Defendant    Quimera, LLC scott@orthlawoffice.com,
               notices@orthlawoffice.com,eservicesao@gmail.com
              Scott Alan Orth, Esq.    on behalf of Plaintiff    Bertoni Gelato Brickell LLC
               scott@orthlawoffice.com, notices@orthlawoffice.com,eservicesao@gmail.com
              Scott Alan Orth, Esq.    on behalf of Debtor    Bertoni Gelato Brickell LLC scott@orthlawoffice.com,
               notices@orthlawoffice.com,eservicesao@gmail.com
              Steven D Schneiderman    on behalf of U.S. Trustee    Office of the US Trustee
               Steven.D.Schneiderman@usdoj.gov
                                                                                             TOTAL: 8
```



ORDERED in the Southern District of Florida on September 17, 2020.

_____
Robert A. Mark, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                             Case No.   18-20828-RAM
Bertoni Gelato Brickell LLC
Debtor                                             Chapter 11

Address:
15433 NE 21 Avenue
Miami, FL 33162

**ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT,
SETTING HEARING ON FINAL APPROVAL OF DISCLOSURE STATEMENT AND
CONFIRMATION OF CHAPTER 11 PLAN, SETTING VARIOUS DEADLINES AND
DESCRIBING PLAN PROPONENT'S OBLIGATIONS**

HEARING ON FINAL APPROVAL OF DISCLOSURE STATEMENT, CONFIRMATION
HEARING AND HEARING ON FEE APPLICATIONS

**November 5, 2020** at **1:30 p.m.**

**LOCATION:**
**Court Solutions**
A reservation to participate in the hearing is required no later than 3:00 p.m., one business day prior to the date of the hearing @ www.court-solutions.com/SignUp
Or call **(917)746-7476**

LF-64A (rev.  12/01/09)

PROPONENT'S DEADLINE FOR SERVING THIS ORDER,
DISCLOSURE STATEMENT, PLAN, AND BALLOT:

October 6, 2020 (30 days before Confirmation Hearing)

DEADLINE FOR OBJECTIONS TO CLAIMS:

October 22, 2020 (14 days before Confirmation Hearing)

DEADLINE FOR FEE APPLICATIONS:

October 22, 2020 (14 days before Confirmation Hearing)

DEADLINE FOR FILING BALLOTS ACCEPTING OR REJECTING PLAN:

October 29, 2020 (seven days before Confirmation Hearing)

DEADLINE FOR OBJECTIONS TO CONFIRMATION:

November 2, 2020 (three business days before Confirmation Hearing)

DEADLINE FOR OBJECTIONS TO FINAL APPROVAL OF THE DISCLOSURE STATEMENT:

November 2, 2020 (three business days before Confirmation Hearing)

PROPONENT'S DEADLINE FOR FILING
PROPONENT'S REPORT AND CONFIRMATION AFFIDAVIT:

November 2, 2020 (three business days before Confirmation Hearing)

DEADLINE FOR INDIVIDUAL DEBTOR TO FILE "CERTIFICATE FOR CONFIRMATION REGARDING PAYMENT OF DOMESTIC SUPPORT OBLIGATIONS AND FILING OF REQUIRED TAX RETURNS":

November 2, 2020 (three business days before Confirmation Hearing)

A combined plan and disclosure statement under chapter 11 of the Bankruptcy Code having been filed under Local Rule 3017-2(A) by Debtor, Bertoni Gelato Brickell, LLC, on September 17, 2020 with respect to a plan under chapter 11 of the Bankruptcy Code filed by Debtor, Bertoni Gelato Brickell, LLC, on September 17, 2020.

LF-64A (rev.  12/01/09)

**IT IS ORDERED**, and notice is hereby given, that:

**A.**   The disclosure statement filed by <u>Debtor, Bertoni Gelato Brickell, LLC.,</u> is conditionally approved.

**B.   DEADLINE FOR FILING BALLOTS ACCEPTING OR REJECTING PLAN**

Pursuant to Local Rule 3018-1, <u>October 29, 2020</u> is fixed as the last day for filing written acceptances or rejections of the plan referred to above (seven days before hearing on confirmation of the plan ("confirmation hearing")).

**C.   PLAN PROPONENT'S OBLIGATIONS**

(1)   On or before the date indicated above as "PROPONENT'S DEADLINE FOR SERVING THIS ORDER, DISCLOSURE STATEMENT, PLAN, AND BALLOT" the plan proponent shall serve a copy of this order, the conditionally approved disclosure statement and the plan on all creditors, all equity security holders, the U.S. Trustee, and all other parties in interest, as required by the Bankruptcy Rules (including those entities as described in Bankruptcy Rule 3017(f)) and the Local Rules, including those listed on a "Master Service List" required to be filed pursuant to Local Rules 2002-1(H).  At the time of serving this order, the Local Form "Ballot and Deadline for Filing Ballot Accepting or Rejecting Plan," customized as required by Local Rule 3018-1, shall be served via U.S. Mail on all creditors and equity security holders entitled to vote on the plan.

(2)   On or before 5:00 p.m. on the date indicated above as "PROPONENT'S DEADLINE FOR FILING PROPONENT'S REPORT AND CONFIRMATION AFFIDAVIT," the plan proponent shall file with the court the Local Form "Certificate of Proponent of Plan on Acceptance of Plan, Report on Amount to be Deposited, Certificate of Amount Deposited and Payment of Fees," and the Local Form "Confirmation Affidavit."  The "Confirmation Affidavit" shall set forth the facts upon which the plan proponent relies to establish that each of the requirements of 11 U.S.C. §1129 are satisfied.   The "Confirmation Affidavit" should be prepared so that by reading it the court can easily understand the significant terms of the plan and other material facts relating to confirmation of the plan.  The individual executing the "Confirmation Affidavit" shall be present at the confirmation hearing.

If the plan proponent does not timely comply with any of the requirements of this order, the court may impose sanctions at the confirmation hearing, without further notice, including dismissal, conversion of the case to chapter 7, or the striking of the plan.  The court will also consider dismissal or conversion at the confirmation hearing at the request of any party or on the court's own motion.

**D.   HEARING TO CONSIDER CONFIRMATION OF PLAN**

The hearing on final approval of the disclosure statement and confirmation of the plan (45 days after the plan is filed unless extended by the court prior to the expiration of this deadline) has been set for the date and time indicated above as "CONFIRMATION HEARING."   The confirmation

hearing may be continued to a future date by notice given in open court at the confirmation hearing.

  **E.** Pursuant to Local Rules 3017-2(B) and 3020-1(A), <u>November 2, 2020</u> is fixed as the last day for filing and serving written objections to the disclosure statement and confirmation of the plan (three business days before the confirmation hearing). Objections shall be served as required by Bankruptcy Rule 3017.1.

  **F.** **DEADLINE FOR OBJECTIONS TO CLAIMS**

  The last day for filing and serving objections to claims is indicated above as "DEADLINE FOR OBJECTIONS TO CLAIMS."    All objections to claims must be filed before this date unless the deadline is extended by further order.

  **G.** **DEADLINE FOR FILING AND HEARING ON FEE APPLICATIONS**

  The last day for filing and serving fee applications is indicated above as "DEADLINE FOR FEE APPLICATIONS." All prospective applicants for compensation, including attorneys, accountants and other professionals, shall file applications which include actual time and costs, plus an estimate of additional time and costs to be incurred through confirmation. At or prior to confirmation, applicants must file a supplement with documentation supporting the estimated time and costs.   Fee applications shall be timely filed with the court and served (with all exhibits including documentation of estimated time) on (i) the debtor; (ii) the plan proponent (if other than the debtor); (iii) all committees; (iv)  any chapter 11 trustee or examiner; and (v) the U.S. Trustee.

  Fee applications will be set for hearing together with the confirmation hearing.

  **H.** **DEADLINE FOR INDIVIDUAL DEBTOR TO FILE "CERTIFICATE FOR CONFIRMATION REGARDING PAYMENT OF DOMESTIC SUPPORT OBLIGATIONS AND FILING OF REQUIRED TAX RETURNS":**

[If debtor is an individual] the debtor shall file, on or before the date indicated above, the Local Form "Certificate for Confirmation Regarding Payment of Domestic Support Obligations and Filing of Required Tax Returns."

**###**

Attorney, Scott Alan Orth is directed to serve a conformed copy of this order on all interested parties immediately upon receipt thereof and file a certificate of service.   Local Rule 2002-1(F).

LF-64A (rev.   12/01/09)